FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MR. ROMERO

Defendant.

)
)
)
)
)
)
)
)
)

Case No.: ED13-452m

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___MIDDLE___

District of ___FLORIDA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (√)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• UNKNOWN BACKGROUND / COMMUNITY TIES
• UNKNOWN BAIL RESOURCES
• IMMIGRATION STATUS UNDOCUMENTED
• OUT OF DISTRICT CASE.
• SUBMISSION TO DETENTION.

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and

3 convincing evidence that he/she is not likely to pose a danger to the

4 safety of any other person or the community if released under 18

5 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____

7 _____

8 _____

9 _____

10

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 revocation proceedings.

14

15 Dated:  8/26/13

16 HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27                                             2

28